## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

| | |
|---|---|
| GREGORY L. HAUGABROOK | Case No. 08-74478-SCS |
| LAVERN T. HAUGABROOK, | Chapter 7 |

      Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Wythe Will Distributors<br>3612 La Grange Parkway<br>Toano, VA  23168 | $4.01 |
| **TOTAL** | **$4.01** |

Dated: July 29, 2010

      /s/ Charles L. Marcus
      Charles L. Marcus, Trustee
      VSB #7020
      580 East Main Street, Suite 300
      Chesapeake, VA  23320
      (757) 622-9005

### CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on July 29, 2010 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

      /s/ Charles L. Marcus
      Charles L. Marcus, Trustee